1  NED LYNCH--CA ST. BAR NO. 149680
   Attorney at Law
2  110 West C Street, Suite 1904
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Leo S. Papas)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 06CR2300BEN(LSP) |
| Plaintiff, ) | **Order Exonerating Material Witness Bond** |
| v. ) | |
| ALBERTO ARAIZA-VARGAS, ) | |
| Defendant(s). ) | |

### Ex Parte Application

I, Ned Lynch, attorney for material witness Juan Carlos Lopez-Martinez submit this ex parte application and order to exonerate the appearance bond securing the attendance of the material witness for this case.

This application is made after I obtained authorization from the Office of the United States Attorney to remand the material witness to the Border Patrol, and after material witness was remanded to the Border Patrol.

On behalf of the material witness and the surety who signed the appearance bond for the material witness, I request the court order the exoneration of the material witness bond, and also order the Clerk of the District Court to return the cash security to the surety.

Dated: 12/11/06

Ned Lynch, attorney for
the Material Witness(es)

## Order

**It Is Ordered** the personal surety bond for $5,000 securing the presence of material witness Juan Carlos Lopez-Martinez is exonerated, and the Clerk of the District Court shall release the $500 bond deposit held in the Registry of the court to the surety:

Jose Luis Martinez
11847 Hemlock Street
El Monte, CA 91733
Soc. Sec. No. XXX-XX-8280

Dated: 12/13/06

United States Magistrate Judge

U.S. v. Alberto Ariaza-Vargas, Crim. Case No. 06CR2300BEN
Application & Order to Exonerate Mat Wit Bond

Page 2 of 2