1  NED LYNCH--CA ST. BAR NO. 149680
   Attorney at Law
2  110 West C Street, Suite 1904
   San Diego, CA 92101
3  Telephone: 619-525-0081

4  Attorney for the Material Witness(es)

FILED

06 DEC 13 AM 8:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Leo S. Papas)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 06CR2300BEN(LSP) |
| Plaintiff, ) | **Order Exonerating Material Witness Bond** |
| v. ) | |
| ALBERTO ARAIZA-VARGAS, ) | |
| Defendant(s). ) | |

### Ex Parte Application

I, Ned Lynch, attorney for material witness Francisco Raul Tinoco-Villa submit this ex parte application and order to exonerate the appearance bond securing the attendance of the material witness for this case.

This application is made after I obtained authorization from the Office of the United States Attorney to remand the material witness to the Border Patrol, and after material witness was remanded to the Border Patrol.

Page 1 of 2

1  On behalf of the material witness and the surety who signed the appearance bond for the
2  material witness, I request the court order the exoneration of the material witness bond, and also
3  order the Clerk of the District Court to return the cash security to the surety.

5  Dated: 12/11/06

Ned Lynch, attorney for
the Material Witness(es)

## Order

**It Is Ordered** the personal surety bond for $5,000 securing the presence of material witness Francisco Raul Tinoco-Villa is exonerated, and the Clerk of the District Court shall release the $500 bond deposit held in the Registry of the court to the surety:

Jose Luis Martinez
11847 Hemlock Street
El Monte, CA 91733
Soc. Sec. No. XXX-XX-8280

Dated: 12/12/06

United States Magistrate Judge

U.S. v. Alberto Ariaza-Vargas, Crim. Case No. 06CR2300BEN
Application & Order to Exonerate Mat Wit Bond

Page 2 of 2